UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

GENERAL ELECTRIC CAPITAL
CORPORATION,

                Plaintiff,

-against-

NEW YORK MEG, L.L.C., 4-D
NEUROIMAGING, INC. and MARTIN EGLI,

                Defendants.

————————————————————————X

Case No. 07 CIV 9715

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant New York MEG, L.L.C., states that its parent company is New York MEG Acquisition Company, an Indiana corporation. There is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       November 1, 2007

                              LEADER & BERKON LLP

                              By: _____
                              GLEN SILVERSTEIN (GS 9174)
                              S. ALYSSA YOUNG (SY 6105)
                              MICHAEL J. TIFFANY (MT 9367)
                              630 Third Avenue, 17th Floor
                              New York, NY 10017
                              (212) 486-2400
                              (212) 486-3099 (Fax)

                              *Attorneys for Defendants*
                              *New York MEG, L.L.C.*