# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     : ss.:
COUNTY OF NEW YORK  )

      **YVETTE BADILLO,** being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York. That on the 2nd day of November, 2007 deponent caused to be served the within **NOTICE OF REMOVAL** by **HAND** upon:

      Jonathan J. Faust, Esq.
      Katten Muchin Rosenman LLP
      575 Madison Avenue
      New York, NY 10022
      *Attorneys for Plaintiffs*

and by **INTERNATIONAL Mail** upon:

      Martin P. Egli
      Swisspartners Investment Network AG
      Am Schanzengraben 23
      P.O. Box
      CH-8022 Zurich

                                                    _____
                                                    **YVETTE BADILLO**

Sworn to before me this
2nd day of November, 2007

_____
Notary Public

**KELLI BATTLE**
**Notary Public, State of New York**
**NO. 01BA6056383**
**Qualified in New York County**
**Commission Expires May 5, 20__**