# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK  )

   YVETTE BADILLO, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York. That on the 2nd day of November, 2007 deponent caused to be served the within **RULE 7.1 Statement** by **HAND** upon:

  Jonathan J. Faust, Esq.
  Katten Muchin Rosenman LLP
  575 Madison Avenue
  New York, NY 10022
  *Attorneys for Plaintiffs*

and by **INTERNATIONAL Mail** upon:

  Martin P. Egli
  Swisspartners Investment Network AG
  Am Schanzengraben 23
  P.O. Box
  CH-8022 Zurich

_____
YVETTE BADILLO

Sworn to before me this
2nd day of November, 2007

_____
Notary Public

KELLI BATTLE
Notary Public, State of New York
NO. 01BA6056383
Qualified in New York County
Commission Expires May 5, 2011