

**LEADER & BERKON LLP**

630 Third Avenue, New York, New York 10017 • 212.486.2400 • FAX 212.486.3099 • EMAIL info@leaderberkon.com

Frederick D Berkon
James K. Leader
Joseph G Colao
Glen Silverstein
Joshua K. Leader

S Alyssa Young
Gloria E. Koo
Thomas K. Richards
David A. Paul
Caroline C Marino
Michael I. Tiffany
Cynthia L Boland
Judith A. Joseph Jenkins

OF COUNSEL
Mary D Faucher
Joseph I. Fontak

November 7, 2007

**BY FAX**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

Re: *G. E. Capital Corp. v. New York MEG L.L.C. et al.*
    Case No. 07-9715 (RJH)

Dear Judge Holwell:

We represent defendants New York MEG, L.L.C. ("NY MEG") and 4-D Neuroimaging ("4-D") in the above-referenced litigation. This matter was removed from state court on November 1, 2007. There is a pending Order to Show Cause (originally filed in state court), for which a hearing date has not been set by this Court. The Order to Show Cause had been set by the state court for October 30th and was adjourned on consent to November 13, 2007.

In an effort to negotiate a resolution to this dispute, the parties have agreed to a 45-day standstill of all Court proceedings. During this time, plaintiff General Electric Capital Corporation ("G.E.") and NY MEG will participate in weekly conference calls to work out the terms of a permanent financing arrangement or otherwise settle this matter. In the event that they are unable to agree to mutually acceptable terms by December 28, 2007, the parties will move forward with this litigation as follows:

1. The parties will appear for a hearing on the Order to Show Cause on a date to be set by the court the week of January 14, 2008 or as soon thereafter as the Court's schedule permits.

2. Defendants' opposition papers in response to the Order to Show Cause shall be served on January 4, 2008;

3. Plaintiff's reply papers shall be served on January 11, 2008.

LEADER
& BERKON
LLP

| The Honorable Richard J. Holwell | -2- | November 7, 2007 |

4. Defendants' time to answer, move or otherwise respond to the Complaint is extended to January 4, 2008.

We respectfully ask Your Honor to So Order this proposed schedule.

*[Handwritten: Any hearing on an Order to Show Cause shall be held on Jan. 18, 2008 at 2:30 p.m.]*

Very truly yours,

*[signature]*

S. ALYSSA YOUNG

*[Handwritten: SO ORDERED]*

Cc: Jonathan J. Faust, Esq. (By fax)

*[signature]*
USDJ
11/13/07