UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

GENERAL ELECTRIC CAPITAL CORPORATION,   :

          Plaintiff,   :

      - against -   :

NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC.,   :
and MARTIN EGLI,

           :

          Defendants.

           :
------------------------------------------------ x

CASE NO. 07-9715 (KSH)

<u>RULE 7.1 DISCLOSURE</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that General Electric Capital Corporation is wholly owned by General Electric Company.

Dated: November 21, 2007
       New York, New York

                                      Respectfully submitted,

                                      KATTEN MUCHIN ROSENMAN LLP

                                      By: _____
                                          Jonathan J. Faust  (JF2037)
                                    575 Madison Avenue
                                    New York, NY 10022
                                    (212) 940-8800

To:
LEADER & BERKON LLP
Att'n: Glen Silverstein, Esq.
630 Third Avenue
New York, NY 10017
(212) 486-2400
Attorneys for NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC.

84244297.3