UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORPORATION,   :

               Plaintiff,   :

         - against -   :

NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC.,   :
and MARTIN EGLI,

              Defendants.   :

                                                   :

CASE NO. 07-9715 (RJH)

NOTICE OF APPEARANCE

------------------------------------------------x

      PLEASE TAKE NOTICE that Jonathan J. Faust, Esq., of Katten Muchin Rosenman LLP, hereby appears in the above-captioned case on behalf of plaintiff, General Electric Capital Corporation, and hereby requests that copies of all notices, pleadings and other filings in the above-captioned case be given and served upon him at the following address and telephone number:

Dated: November 26, 2007
       New York, New York

                                   Respectfully submitted,

                                   KATTEN MUCHIN ROSENMAN LLP

                                   By: _____
                                       Jonathan J. Faust (JF2037)
                                 575 Madison Avenue
                                 New York, NY 10022
                                 (212) 940-8800
                                 jonathan.faust@kattenlaw.com

To:
LEADER & BERKON LLP
Att'n: Glen Silverstein, Esq.
630 Third Avenue
New York, NY 10017
(212) 486-2400
Attorneys for NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC.

84244297.3