UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GENERAL ELECTRIC CAPITAL
CORPORATION,

                Plaintiff,

    -against-

NEW YORK MEG, L.L.C., 4-D
NEUROIMAGING, INC. and MARTIN EGLI,

                Defendants.

----------------------------------------------------------X

Case No. 07-9715 (RJH)

**NOTICE OF CROSS-MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

      PLEASE TAKE NOTICE that upon the annexed Affidavit of D. Scott Buchanan, sworn to on January 3, 2008, the Affidavit of S. Alyssa Young, Esq., sworn to on January 4, 2008, with exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all prior pleadings and proceedings, the undersigned will move this Court before the Honorable Richard J. Holwell at the United States Courthouse located at 500 Pearl Street, New York, New York on January 18, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing the Complaint and Order to Show Cause as against defendant 4-D Neuroimaging, together with such other and further relief as this Court deems just and proper.

-2-

The grounds for this motion are fully set forth in the accompanying Memorandum of Law.

Dated: New York, New York
      January 4, 2008

                                          LEADER & BERKON LLP

                                   By: _____
                                        GLEN SILVERSTEIN (GS 9174)
                                        S. ALYSSA YOUNG (SY 6105)
                                        MICHAEL J. TIFFANY (MT 9367)
                                        630 Third Avenue, 17th Floor
                                        New York, NY 10017
                                        (212) 486-2400
                                        (212) 486-3099 (Fax)

                                        *Attorneys for Defendant*
                                        *New York MEG, L.L.C. and*
                                        *4-D Neuroimaging*