UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GENERAL ELECTRIC CAPITAL
CORPORATION,

                Plaintiff,

-against-

NEW YORK MEG, L.L.C., 4-D
NEUROIMAGING, INC. and MARTIN EGLI,

                Defendants.

-------------------------------------------------------------X

Case No. 07 CIV 9715 (RJH)

**AFFIDAVIT OF
S. ALYSSA YOUNG, ESQ. IN
SUPPORT OF DEFENDANT
4-D NEUROIMAGING'S
<u>CROSS-MOTION TO DISMISS</u>**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

        S. ALYSSA YOUNG, being duly sworn, deposes and says:

        1.  I am a partner in the law firm of Leader & Berkon, LLP, counsel for defendant 4-D Neuroimaging. I submit this Affidavit in support of 4-D's motion to dismiss the Complaint for lack of personal jurisdiction.

        2.  Attached hereto as Exhibit A is a true and correct copy of the Complaint.

        3.  Attached hereto as Exhibit B is a true and correct copy of the Notice of Removal.

-2-

      4. Attached hereto as Exhibit C is a true and correct copy of the So-Ordered Letter dated November 7, 2007.

                                                                         S. ALYSSA YOUNG

Sworn to before me on this
4th day of January, 2008

_____
Notary Public

        **KELLI BATTLE**
  **Notary Public, State of New York**
      NO. 01BA6056383
  Qualified in New York County
  Commission Expires May 5, 2011