UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

GENERAL ELECTRIC CAPITAL
CORPORATION,

                          Plaintiff,

         -against-

NEW YORK MEG, L.L.C., 4-D
NEUROIMAGING, INC. and MARTIN EGLI,

                         Defendants.

———————————————————————X

Case No. 07 CIV 9715 (RJH)

**AFFIDAVIT OF MICHAEL J. TIFFANY IN SUPPORT OF DEFENDANT NEW YORK MEG, L.L.C.'S RESPONSE TO THE ORDER TO SHOW CAUSE**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

        MICHAEL J. TIFFANY, being duly sworn, deposes and says:

        1. I am an attorney with the law firm of Leader & Berkon LLP, counsel for defendants New York MEG, L.L.C. and 4-D Neuroimaging, Inc.

        2. Attached hereto as Exhibit A is a copy of the Master Security Agreement dated May 9, 2003 between New York MEG, L.L.C. and General Electric Capital Corporation.

        3. Attached hereto as Exhibit B is a copy of the Promissory Note between New York MEG, L.L.C and General Electric Capital Corporation and the October 27, 2005 and August 25, 2006 amendments thereto.

        4. Attached hereto as Exhibit C is a copy of the May 14, 2003 Security Agreement between New York MEG, L.L.C and General Electric Capital Corporation.

5. Attached hereto as Exhibit D is a copy of the Equipment Schedule dated May 9, 2003.

6. Attached hereto as Exhibit E is a copy of the Letter of Credit records in the amount of $950,000 issued by New York MEG, L.L.C. in favor of General Electric Capital Corporation.

_____
Michael J. Tiffany

Sworn to before me on this
4th day of January, 2008

_____
Notary Public

WILLIE GARCIA
Notary Public, State of New York
No. 01GA6176781
Qualified in Kings County
Commission Expires Nov. 5, 20__