UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GENERAL ELECTRIC CAPITAL CORPORATION,           : Case No. 07 Civ. 9715 (RJH)

             Plaintiff,                                                      :

           -against-                                                      :

                                                         : **AFFIDAVIT OF SERVICE**

NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC.,
and MARTIN EGLI,                                                    :

             Defendants.                                       :

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                          : ss.:
COUNTY OF NEW YORK  )

DARIEN PEREYRA, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 11th day of January, 2008, I served the **REPLY AFFIDAVIT OF JONATHAN FAUST, ESQ.; PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO 4D NEUROIMAGING, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; and PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS ORDER TO SHOW CAUSE APPLICATION** in this action, upon the following at the address indicated, by depositing true copies thereof, enclosed in a properly addressed prepaid wrapper, marked Federal Express International, in an

official Federal Express International depository:

                              Martin P. Egli
                              Swisspartners Investment Network AG
                              AM Schanzengraben 23
                              Zurich
                              Switzerland

                              DARIEN PEREYRA

Sworn to before me this
14th day of January, 2008

_____
Notary Public

STEVEN M. GREER
NOTARY PUBLIC, State of New York
No. 01GR6033269
Qualified in Kings County
Certificate filed in New York County
Commission Expires November 15, 2009

31021401.01
NYC01_84268649_1 1/11/2008