USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORPORATION,   :   07 Civ. 09715 (RJH)

           Plaintiff,

  -against-   :   **<u>ORDER</u>**

NEW YORK MEG,

           Defendant.

------------------------------------------------------------x

       The conference scheduled for January 18, 2008 is rescheduled to March 10, 2008, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

                                           Richard J. Holwell
                                        United States District Judge