```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP., | : | 07 Civ. 9715 (RJH) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| NEW YORK MEG, L.L.C., *ET AL.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held by telephone today on plaintiff's order to show cause, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.    Oral argument on the order to show cause will be held on February 27, 2008, at 9:30 a.m.;

      2.    Plaintiff shall serve and file the amended complaint on or before February 29, 2008; and

      3.    The time for plaintiff to serve the amended complaint on defendant Martin Egli is extended to April 30, 2008.

Dated: New York, New York
         February 15, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.