USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GENERAL ELECTRIC CAPITAL
CORPORATION,

           Plaintiff,

-against-

NEW YORK MEG, L.L.C., 4-D
NEUROIMAGING, INC. and MARTIN EGLI,

           Defendants.

---------------------------------------------------------X

Case No. 07-9715 (RJH)

**STIPULATION**



IT IS HEREBY STIPULATED AND AGREED, by and between Leader & Berkon LLP, attorneys for defendants New York MEG, LLC ("NY MEG") and 4-D Neuroimaging, Inc. ("4-D") and Katten Muchin Rosenman LLP, attorneys for plaintiff General Electric Capital Corporation ("GECC"), as follows:

    1.    GECC filed an Order To Show Cause in New York State Supreme Court, New York County, which included a Complaint against the defendants (the "Original Complaint") on or about October 11, 2007.

    2.    NY MEG removed the state court action to this Court on November 1, 2007.

    3.    4-D served and filed a Motion To Dismiss the Original Complaint for Lack of Jurisdiction in this Court on January 4, 2008 (the "Motion To Dismiss").

    4.    GECC filed an Amended Complaint in this Court on February 19, 2008.

5. The Amended Complaint contains identical allegations and causes of action to the Original Complaint. The Amended Complaint supersedes and replaces the Original Complaint.

6. The Motion To Dismiss applies with full force and effect to the Amended Complaint and shall be considered a Motion to Dismiss the Amended Complaint.

Dated: New York, New York
March 5, 2008

| KATTEN MUCHIN ROSENMAN LLP | LEADER & BERKON LLP |
|---|---|
| By: _____ /BLM<br>JONATHAN J. FAUST (JF 2037)<br>575 Madison Avenue<br>New York, New York 10022<br><br>*Attorneys for Plaintiff*<br>*General Electric Capital Corporation* | By: _____<br>GLEN SILVERSTEIN (GS 9174)<br>S. ALYSSA YOUNG (SY 6105)<br>MICHAEL J. TIFFANY (MT 9367)<br>630 Third Avenue<br>New York, New York 10017<br><br>*Attorneys for Defendants*<br>*New York MEG, L.L.C. and*<br>*4-D Neuroimaging* |

SO ORDERED:

_____
HON. RICHARD J. HOLWELL, U.S.D.J.
3/14/08