**KattenMuchinRosenman** LLP



575 Madison Avenue
New York, NY 100222585
212.940.8800 tel
212.940.8776 fax

April 25, 2008

Jonathan J. Faust
jonathan.faust@kattenlaw.com
212.940.8639 direct
212.894.5639 fax

**VIA OVERNIGHT MAIL**

Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

[Stamp: CHAMBERS OF JUDGE SIDNEY H. STEIN, U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/2/08]

Re: <u>General Electric Capital Corp. v. New York MEG, L.L.C., et al</u> / 07-9715 (SHS)

Dear Judge Stein:                    **MEMO ENDORSED**

This office represents plaintiff, General Electric Capital Corporation ("GECC"), in the above referenced matter.

Your Honor previously extended the time for plaintiff to effect service on defendant Martin Egli, who resides in Switzerland, to April 30, 2008, and indicated that if more time was required for service that this office should so advise the Court by letter.  By this letter, Plaintiff requests an extension of time through May 31, 2008 to serve Mr. Egli.

As Mr. Egli resides in Switzerland, plaintiff must follow the *Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters* in effecting service.  Plaintiff retained Legal Language Services ("LLS"), a division of ALS International, Inc. to effect service, as LLS has experience in such matters.

Given the various procedural hurdles involved in service by diplomatic process, and the requirement that plaintiff must have the complaint and all exhibits thereto translated by a "certified translator", service on Mr. Egli has taken more time than anticipated.  We are advised that translation will be finished next week, with service to be accomplished with 4 weeks thereafter.  (We are advised that the papers must be processed through the "Central Swiss Authority" which administers such papers).  Accordingly, GECC respectfully requests additional time to serve Mr. Egli.

Respectfully submitted,

*J. Faust* /BLM

Jonathan J. Faust

5/2/08
/s/ SO ORDERED
SIDNEY H. STEIN
U.S.D.J.

cc:   S. Alyssa Young, Esq.

NEW YORK    CHARLOTTE    CHICAGO    IRVING    LOS ANGELES    PALO ALTO    WASHINGTON, DC    WWW.KATTENLAW.COM
A law partnership including professional corporations
84031704.1
NYC01 84170628 1 335798 00001 4/25/2008 11:10 AM