```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

GENERAL ELECTRIC CAPITAL CORPORATION,　　:

　　　　　　　Plaintiff,　　　　　　　　　　　: Case No. 07 Civ 9715 (SHS) RJH

　　　- against -　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　**STIPULATION OF**
NEW YORK MEG L.L.C., 4D NEUROIMAGING, INC., : **DISMISSAL**
and MARTIN EGLI,

　　　　　　　Defendants.　　　　　　　　　　:

------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys, that the action hereby is dismissed with prejudice and without costs to Plaintiff or Defendants. This Stipulation may be filed without further notice with the Court. *All outstanding motions are hereby dismissed as moot.*

Dated: June 25, 2008

KATTEN MUCHIN ROSENMAN LLP　　　　　　　　LEADER & BERKON LLP

By /s/ _____　　　　　　　　By _____
　　Jonathan Faust (JF-2037)　　　　　　　　　　　S. Alyssa Young
Counsel for Plaintiff　　　　　　　　　　　　　Counsel for Defendants New York MEG LLC
575 Madison Avenue　　　　　　　　　　　　　and 4D NEUROIMAGING, INC
New York, New York 10022　　　　　　　　　　630 Third Avenue
(212) 940-8800　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　　(212) 486-2400

6/25/08

SO ORDERED: _____
　　　　　　　　U.S.D.J.

84304717.1